UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FRED A. DIXON, JR.,           ) | |
| ) | |
| Petitioner,        ) | |
| ) | CIVIL ACTION NO. |
| VS.                           ) | |
| ) | 3:10-CV-1162-G (BH) |
| NURSE STAFF,                  ) | |
| ) | **ECF** |
| Respondent.       ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings and conclusions of the magistrate judge, this action is **ADMINISTRATIVELY CLOSED**.  Based on the prior sanction order, petitioner may not re-file his complaint or any other civil action without either paying

the applicable filing fee or filing an appropriate motion for leave to file accompanied by a proposed complaint, a motion for leave to proceed *in forma pauperis*, and proof that petitioner has paid the $100.00 sanction imposed against him. Any submission that does not comply with these requirements will be docketed for administrative purposes only and immediately closed after placing a copy of this order in the file. No other action will be taken on non-compliant submissions.

    **SO ORDERED**.

June 24, 2010.

                                             _____
                                             A. JOE FISH
                                             **Senior United States District Judge**